of Appeals for the Second Circuit denied. *Mr. Charles V. Halley* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 555. UNITED STATES EX REL. SILVER *v.* O'BRIEN, SHERIFF. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mrs. Esther Melnick* and *Mr. Abraham Teitelbaum* for petitioner.

No. 557. EPP *v.* BICKNELL. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. C. A. Sorensen* for petitioner.

No. 563. EMPIRE TRUST Co., TRUSTEE, *v.* DRISCOLL ET AL., TRUSTEES. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph Glass* for petitioner. *Mr. Allen E. Throop* for respondents.

No. 564. FIDELITY & DEPOSIT Co. *v.* PINKERTON'S NATIONAL DETECTIVE AGENCY, INC. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Louis L. Dent* for petitioner. *Mr. Guy A. Gladson* for respondent.

No. 570. BLACK DIAMOND LINES, INC. *v.* PIONEER IMPORT CORP. ET AL. January 31, 1944. Petition for writ